IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 1:13-cr-162 |
| v. | ) |
| | ) Count 1: 18 U.S.C. § 1349 |
| JAMES Y. SOHN, | ) (Conspiracy to Commit Wire Fraud) |
| Defendant. | ) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
### (Conspiracy to Commit Wire Fraud)

1. From in or about 2007 through in or about 2012, in Fairfax County, Virginia within the Eastern District of Virginia, and elsewhere, JAMES Y. SOHN knowingly, willfully, and unlawfully combined, conspired, confederated and agreed with Y.H., and others, both known and unknown, to commit offenses against the United States, namely wire fraud, in violation of Title 18, United States Code, Section 1343, by having devised a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted by means of wire in interstate or foreign commerce, writings, signs, and signals for the purpose of executing such scheme and artifice.

2. SOHN is the owner of Washington Cash and Carry, a wholesale food distribution company based in the Washington, D.C. metropolitan area. SOHN also owns commercial real estate in various partnerships, including at least one property with Y.H. Washington Cash and Carry is a high volume cash business.

1

3. From in or about 2007 through the present, Y.H. was the owner and operator of Pacific Realty, a real estate sales and leasing company based in Annandale, Virginia.

4. It was part of the manner and means of this conspiracy that SOHN did knowingly and unlawfully conduct more than 50 financial transactions, including check payments and wire transfers, with Y.H. SOHN knew that these transactions were intended in whole or in part to further his knowing and intentional failure to both report income to the appropriate authorities and pay state and federal taxes. Among the checks and wire transfers Y.H. paid to SOHN, or individuals or companies on J.S.'s behalf, Y.H. made a $50,000 wire transfer from her Virginia Commerce Bank Pacific Realty Escrow account ending -1879 to SOHN's PNC bank account ending -6142 on May 14, 2010. This and other transactions involved in the scheme caused writings, signs, and signals to be transmitted by interstate wire in furtherance of the conspiracy.

(All in violation of Title 18, United States Code, Section 1349.)

Neil H. MacBride
United States Attorney

By: _____
Chad Golder
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3980
chad.i.golder@usdoj.gov

Date: 4/12, 2013