IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | |
| | } | |
| v. | } | CRIMINAL NO. 1:13cr162 |
| | } | |
| JAMES Y. SOHN | } | Honorable Gerald Bruce Lee |
| | } | |
| Defendant | } | |

**ORDER**

UPON MOTION by the Defendant, JAMES Y. SOHN, for early termination of his supervised release, and

IT APPEARING that good cause has been shown and that the United States and United States Probation Officer Jeffrey Smihal have no objection to the requested relief, it is hereby

ORDERED that the Motion is granted and supervised release of James Y. Sohn is hereby terminated.

Alexandria, VA
Feb 15, 2017
~~January~~ ___, 2017

/s/
~~Liam O'Grady~~ Gerald Bruce Lee
~~United States District Judge~~ United States District Judge